1406

## MOTION DOCKET

**91–1259.   Forbes v. Midwest Air Charter, Inc.**
Cuyahoga App. No. 56815.  This cause is pending before the court as a discretionary appeal and cross-appeals from the Court of Appeals for Cuyahoga County.  On October 16, 1991, this court denied the motion of appellees/cross-appellants Midwest Air Charter, Inc. et al. to exceed the page limit on a consolidated memorandum in support of their cross-appeal and in opposition to the appeal of Ina Forbes and the cross-appeal of Piper Aircraft Corporation.  On December 11, 1991, this court denied the motion of appellees/cross-appellants for consideration of clarification of the October 16, 1991 order.  Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the consolidated memorandum filed by appellees/cross-appellants be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court that the cross-appeal of Midwest Air Charter, Inc., be, and hereby is, dismissed.

The appeal of Ina Forbes and the cross-appeal of Piper Aircraft Corporation remain pending.

**96–2578.   J.A. Croson Co. v. J.A. Guy, Inc.**
Pickaway App. No. 95CA10.  This cause is pending before the court on appeal from the Court of Appeals for Pickaway County.  On December 23, 1997, appellee filed a document titled "Notice of Supplemental Authority Being Filed."  Whereas the document does not consist of a list of citations to additional authorities as permitted by Section 7, Rule IX of the Supreme Court Rules of Practice, and is not otherwise permitted under the Rules of Practice as a filing after the completion of merit briefing,

IT IS ORDERED by the court, *sua sponte*, that the document titled "Notice of Supplemental Authority Being Filed" be, and hereby is, stricken.

**97–14.   J.A. Croson Co. v. J.A. Guy, Inc.**
Pickaway App. No. 95CA10.  This cause is pending before the court on the certification of conflict by the Court of Appeals for Pickaway County.  On December 23, 1997, appellee filed a document titled "Notice of Supplemental Authority Being Filed."  Whereas the document does not consist of a list of citations to additional authorities as permitted by Section 7, Rule IX of the Supreme Court Rules of Practice, and is not otherwise permitted under the Rules of Practice as a filing after the completion of merit briefing,

IT IS ORDERED by the court, *sua sponte*, that the document titled "Notice of Supplemental Authority Being Filed" be, and hereby is, stricken.